FILED

JUL 18 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANDREW WEAVER, § § Plaintiff, § v. § § ST. PAUL FIRE & MARINE § INSURANCE CO.; § STEVEN MORROW; § RUTH SANTHAM; § MARIA MORALES; § FIDELITY AND GUARANTY § INSURANCE UNDERWRITERS, INC.; § MARTHA GIBBIONS; § FNU SARGENT; § MANELY, KUHLMAN & ALTER, § Attorneys at Law; § FLAHIVE, OGDEN & LATSON, § Attorneys at Law; § KEVIN E. MacEWAN; § T. P. FLAHIVE; § TEXAS WORKERS' COMPENSATION § COMMISSION LIST; § NATALIE MESSER; § ANN MATTHEW; § JAMES REED; § LINDA TATNOM; § RICHARD REYNOLDS; § ROBERT BROWN; § BARTON LEVEY; § SANDY PAIZ; § LINDA McKEE; § RANDY STEGER; and § DIANE HOLZ, § § Defendants. § | CIVIL ACTION NO. SA-03-CA-0626 FB |

## ORDER

2.

On this date came on to be considered plaintiff's application to proceed *in forma pauperis*, filed July 3, 2003. Having reviewed the application, the Court is of the opinion that plaintiff's request should be **GRANTED.**

It is, therefore, **ORDERED** that

1. Plaintiff's complaint be filed by the Clerk without prepayment of fees, costs or the giving of security therefor, and the Clerk shall, until further Order of the Court, waive the collection of any other fees or costs from plaintiff.

2. The Clerk shall issue summons directed to the defendant and forward (1) the summons together with (2) a copy of the complaint, (3) a copy of plaintiff's application for *in forma pauperis* status, and (4) a copy of this Order, to the United States Marshal for service upon defendant, without prepayment of fees, costs or the giving of security.

3. <u>Duty to Respond to Opposing Motions within Eleven (11) Days</u>

Plaintiff is advised that Rule CV-7(d) of this Court's Local Court Rules provides that a party opposing a motion must file a response to the motion within eleven (11) days after a copy of the motion is served upon that party. A failure by that party to file such a timely response may be construed by the Court as a lack of opposition to the motion and result in the Court granting the motion. Furthermore, plaintiff is advised that, pursuant to Rule 8(d), Fed.R.Civ.P., averments in a pleading or motion to which a responsive pleading is required are admitted when not denied in the responsive pleading. Therefore, in the event that one or more of the defendants files a motion which plaintiff opposes, plaintiff must file a response or opposition to the motion within eleven (11) days after a copy of the motion is served upon the plaintiff. A failure by the plaintiff to file a timely response to an opposing party's motion may result in this Court recommending that the plaintiff's claims be dismissed for want of prosecution. Plaintiff is advised that the filing of a motion requesting appointment of counsel will <u>not</u> excuse a failure by plaintiff to either timely respond to an opposing party's motion or comply with plaintiff's obligations under the Federal Rules of Civil Procedure, the Local Rules or this Court, and the Orders of this Court.

2. <u>Duty to Serve Opposing Counsel</u>

Plaintiff is advised that he is obligated under both the Federal Rules of Civil Procedure and this Court's Local Rules to send a copy of all pleadings, motions or other documents he submits to the Clerk of this Court for filing to each defendant or, after an attorney has made an appearance for a defendant, each defendant's counsel of record herein. The Court will disregard any pleading, motion, or other document submitted for filing by plaintiff that fails to contain a "certificate of service" stating the date and method (e.g., hand delivery, certified mail or regular mail), by which the plaintiff sent a copy of that pleading, motion or document to each defendant or each defendants' counsel of record. Once an attorney makes an appearance on behalf of a defendant, the plaintiff must send that defendant's copy of any pleading, motion, or document submitted for filing by plaintiff to that defendant's attorney.

3. <u>Duty to Inform Court of Change of Address</u>

Plaintiff is **ORDERED** to immediately notify the Clerk <u>and</u> each defendant's counsel in writing of any change in his address. Plaintiff shall caption any such change of address advisories as "notice to the Court of Change of Address" and not include any motions or other matters in such notice. This notice shall contain only information pertaining to the address change and the effective date of such change of address. Failure by plaintiff to immediately notify the Clerk and each defendant's counsel of any change in plaintiff's mailing address will be interpreted by the Court as a failure to prosecute and may result in the Court recommending the dismissal of plaintiff's Complaint.

**SIGNED** this ___18___ day of July, 2003.

*[signature]*
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE